**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| JOSE GONZALEZ MARINES et al., | Case No. 2:20-cv-07807-ODW (PLAx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| FCA US LLC, | |
| Defendant. | |

Pursuant to Plaintiff's Acceptance of [Defendant] FCA US LLC's Rule 68 Offer of Judgment (ECF No. 11), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. Judgment is hereby entered against Defendant FCA US LLC in favor of Plaintiffs JOSE GONZALEZ MARINES and JOSE GONZALEZ JR.

2. Defendant FCA US LLC shall pay the sum of $39,000.00 to Plaintiffs and their attorneys as the total amount to be paid by FCA US LLC on account of any liability claimed in this action, including any attorneys' fees, costs, or expenses to be claimed by Plaintiffs' attorneys.

3. The foregoing sum shall be paid ninety (90) days from the date Plaintiffs' Acceptance of FCA US LLC's Rule 68 Offer of Judgment is executed

and served by Plaintiffs. During this period, no interest will accrue on this sum.

4. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 17, 2020

_____
 **OTIS D. WRIGHT, II
 UNITED STATES DISTRICT JUDGE**